UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D'ANDRE ALEXANDER #731077,

    Plaintiff,

v.

MANDI JOY SALMI, et al.,

    Defendants.

    Case No.  2:16-CV-96

    HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On June 27, 2017, following an evidentiary hearing, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court find that Plaintiff exhausted his available administrative remedies.  The R & R was duly served on the parties on June 27, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the R & R.

Therefore,

**IT IS HEREBY ORDERED** that the June 27, 2017, Report and Recommendation (ECF No. 112) is **ADOPTED** as the Opinion of the Court, and the Court finds that Plaintiff properly exhausted his administrative remedies.

Dated: July 27, 2017

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE